AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| The JOHN MAXWELL COMPANY, LLC, MAXWELL MOTIVATION, INC., AND MARTINELLI ASSOCIATES INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> ICAN GROUP D/B/A I CAN MAXWELL, DAVID MOLAPO, MAMIKIE MOLAPO, AND JOHN DOES 1-10. <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-00854-CAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mamikie Molapo
21 Ninth Road, Chartwell North Estate
Fourways, Gauteng
2055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William J. Sheppard, Esq.
Alec N. Sedki, Esq.
James-Bates-Brannan-Groover-LLP
3399 Peachtree Road, Suite 1700
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN,
*CLERK OF COURT*



Date: March 18, 2016        s/Traci Clements Campbell
                            *Signature of Clerk or Deputy Clerk*

Case 1:16-cv-00854-CAP   Document 5   Filed 03/18/16   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-00854-CAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: